No. 894, Misc.  BOWEN v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 888, Misc.  REAM v. WASHINGTON BOARD OF PRISON TERMS AND PAROLES.  Supreme Court of Washington.  Certiorari denied.

No. 906, Misc.  CASPER v. NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.

No. 909, Misc.  WILKES v. FAY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 916, Misc.  SLIVA v. RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 967, Misc.  ALSTON v. NEW YORK.  Appellate Division, Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 919, Misc.  DEVAUGHN v. MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 920, Misc.  BRILL v. MULLER BROTHERS, INC. Court of Appeals of New York.  Certiorari denied.

No. 926, Misc.  ALVARADO v. CALIFORNIA.  District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 925, Misc.  DARNOLD ET AL. v. CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *DeWitt Foster Blase* for petitioners.